**Fill in this information to identify the case**

Debtor 1  Seferino Rojas

Debtor 2  Rosisela Rojas
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN District of IL
                                                                                    (State)

Case number  14-41991

# Form 4100R
## Response to Notice of Final Cure Payment                                                        10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:  Mortgage Information

**Name of creditor:** DLJ Mortgage Capital, Inc., by and through its mortgage servicing agent Select Portfolio Servicing, Inc.,

**Court claim no.** (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account:  8200

**Property address:**  742 Omaha Dr.
                              Number        Street

Yorkville  IL  60560
City                    State        Zip Code

### Part 2:  Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:       $ _____

### Part 3:  Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    ____/____/_____
                                                                                              MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                              (a) $4,483.42

b.  Total fees, charges, expenses, escrow, and costs outstanding:   (b) $-76.87

c.  Total. Add lines a and b.                                                            (c) $4,406.55

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:   05/01/2017
                                                                                                      MM/DD/YYYY

Form 4100R                    **Response to Notice of Final Cure Payment**                    page **1**

15-016981_MAR1

Debtor 1 ___Seferino Rojas___                             Case number (if known) 14-41991
         First Name    Middle Name    Last Name

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5:    Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** ___/s/ Todd J. Ruchman___                                 Date ___June 7, 2017___
     Signature

Print:       ___Todd J. Ruchman (6271827)___          Title ___Attorneys for Creditor___

Company   ___Manley Deas Kochalski LLC___

Address    ___P.O. Box 165028___
           Number          Street

           ___Columbus   OH   43216-5028___
           City           State        ZIP Code

Contact phone ___614-220-5611___                     Email ___tjruchman@manleydeas.com___

Form 4100R                     **Response to Notice of Final Cure Payment**                     page **2**

15-016981_MAR1

**Exhibit B: Schedule of Amounts Outstanding Post-Petition Claim**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney's fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Advertisement costs | | (5) | $ |
| 6. | Sheriff/auctioneer fees | | (6) | $ |
| 7. | Title costs | | (7) | $ |
| 8. | Recording fees | | (8) | $ |
| 9. | Appraisal/broker's price opinion fees | | (9) | $ |
| 10. | Property inspection fees | | (10) | $ |
| 11. | Tax advances (non-escrow) | | (11) | $ |
| 12. | Insurance advances (non-escrow) | | (12) | $ |
| 13. | Escrow shortage or deficiency (Do not include amounts that are part of any installment payment listed in Part 3.) | | (13) | $ |
| 14. | Property preservation expenses. Specify: _____ | | (14) | $ |
| 15. | 2 Payments at $2,241.71 each | 05/01/2017 – 06/01/2017 | (15) | $ 4,483.42 |
| 16. | Payments at | | (16) | $ |
| 17. | payments at | | (17) | $ |
| 18. | Other. Specify: Suspense Credit | | (18) | $ -76.87 |
| 19. | Other. Specify: | | (19) | $ |
| 20. | Other. Specify: _____ | | (20) | $ |
| | Total postpetition fees, expenses, and charges. Add all of the amounts listed above. | | (21) | $ 4,406.55 |

15-016981_MAR1



SEFERINO S ROJAS, ROSISELA ROJAS
Bankruptcy Chapter 13 Case Number:
Loan # xxxxxx

| tran_dt | tran_code | due_dt | pmt_total | P_I | Escr | Susp |
|---|---|---|---|---|---|---|
| 2/4/2015 | 142 | 2/1/2015 | 0.00 | -237218.87 | 0.00 | 0.00 |
| 2/4/2015 | 170 | 2/1/2015 | 5375.39 | 0.00 | 5375.39 | 0.00 |
| 2/26/2015 | 172 | 2/1/2015 | 2049.90 | 1275.71 | 774.19 | 0.00 |
| 3/31/2015 | 172 | 3/1/2015 | 2049.90 | 1275.71 | 774.19 | 0.00 |
| 4/30/2015 | 172 | 4/1/2015 | 2049.90 | 1275.71 | 774.19 | 0.00 |
| 6/1/2015 | 172 | 5/1/2015 | 2049.90 | 1275.71 | 774.19 | 0.00 |
| 6/30/2015 | 172 | 6/1/2015 | 2049.90 | 1275.71 | 774.19 | 0.00 |
| 8/4/2015 | 172 | 7/1/2015 | 2049.90 | 1275.71 | 774.19 | 0.00 |
| 9/1/2015 | 172 | 8/1/2015 | 2049.90 | 1275.71 | 774.19 | 0.00 |
| 10/5/2015 | 172 | 9/1/2015 | 2049.90 | 1305.54 | 744.36 | 0.00 |
| 11/5/2015 | 172 | 10/1/2015 | 2079.73 | 1305.54 | 774.19 | 0.00 |
| 12/8/2015 | 172 | 11/1/2015 | 2079.73 | 1305.54 | 774.19 | 0.00 |
| 1/15/2016 | 172 | 12/1/2015 | 2079.73 | 1305.54 | 774.19 | 0.00 |
| 2/16/2016 | 172 | 1/1/2016 | 2079.73 | 1305.54 | 774.19 | 0.00 |
| 3/14/2016 | 172 | 2/1/2016 | 2079.73 | 1305.54 | 774.19 | 0.00 |
| 4/18/2016 | 172 | 3/1/2016 | 2079.73 | 1305.54 | 774.19 | 0.00 |
| 4/21/2016 | 148 | 3/1/2016 | 0.00 | -1305.54 | -774.19 | 0.00 |
| 4/27/2016 | 172 | 3/1/2016 | 2079.73 | 1305.54 | 774.19 | 0.00 |
| 5/16/2016 | 172 | 4/1/2016 | 2079.73 | 1305.54 | 774.19 | 0.00 |
| 6/30/2016 | 172 | 5/1/2016 | 2079.73 | 1305.54 | 774.19 | 0.00 |
| 7/29/2016 | 172 | 6/1/2016 | 2156.60 | 1305.54 | 774.19 | 76.87 |
| 8/30/2016 | 172 | 7/1/2016 | 2156.60 | 1305.54 | 851.06 | 0.00 |
| 9/30/2016 | 172 | 8/1/2016 | 2156.60 | 1305.54 | 851.06 | 0.00 |
| 10/27/2016 | 172 | 9/1/2016 | 2215.17 | 1364.11 | 851.06 | 0.00 |
| 11/30/2016 | 172 | 10/1/2016 | 2215.17 | 1364.11 | 851.06 | 0.00 |
| 12/30/2016 | 172 | 11/1/2016 | 2215.17 | 1364.11 | 851.06 | 0.00 |
| 1/31/2017 | 172 | 12/1/2016 | 2215.17 | 1364.11 | 851.06 | 0.00 |
| 2/28/2017 | 172 | 1/1/2017 | 2215.17 | 1364.11 | 851.06 | 0.00 |
| 3/31/2017 | 172 | 2/1/2017 | 2215.17 | 1364.11 | 851.06 | 0.00 |
| 5/2/2017 | 172 | 3/1/2017 | 2215.17 | 1364.11 | 851.06 | 0.00 |
| 5/30/2017 | 172 | 4/1/2017 | 2215.17 | 1364.11 | 851.06 | 0.00 |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532, mcguckin_m@lislel3.com

Nathan E Delman, Attorney for Seferino Rojas and Rosisela Rojas, 20 South Clark, 28th Floor, Chicago, IL 60603, ndelman@semradlaw.com

Patrick Semrad, Attorney for Seferino Rojas and Rosisela Rojas, The Semrad Law Firm, LLC, 20 S. Clark St, 28th Floor, Chicago, IL 60603, psemrad@semradlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on June _7_, 2017:

Seferino Rojas and Rosisela Rojas, 742 Omaha Dr., Yorkville, IL 60560

/s/ Todd J. Ruchman

15-016981_MAR1